JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY JOHNSON, | CV 14-4721 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERT A. McDONALD, SECRETARY OF VETERANS AFFAIRS, | |
| Defendant. | |

Pursuant to the Court's January 4, 2016 Minute Order granting the Motion for Summary Judgment filed by defendant Robert A. McDonald ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Melody Johnson ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in his favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2  nothing and that Defendant shall have his costs of suit.
3   IT IS SO ORDERED.
4
5  DATED: January 4, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE